UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PRESTON WALLACE SONNIER** | * | **CIVIL ACTION NO. 2:20-CV-01269** |
| | * | |
| **PLAINTIFF** | * | |
| | * | **JUDGE JAMES D. CAIN, JR.** |
| **VERSUS** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **NISSAN NORTH AMERICA, INC.,** | * | **KATHLEEN KAY** |
| **AUTOLIV ASP, INC., and GILES** | * | |
| **AUTOMOTIVE, INC.** | * | |
| | * | |
| **DEFENDANTS** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT, NISSAN NORTH AMERICA, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Nissan North America, Inc. ("NNA") hereby files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

NNA is a California corporation and a wholly-owned subsidiary of Nissan Motor Company, Ltd., ("NML"). NML owns 100% of the outstanding capital stock of NNA and is a publicly held foreign corporation incorporated under the laws of Japan.

Respectfully submitted,

/s/ *Keith W. McDaniel*
KEITH W. McDANIEL, T.A. (Bar No. 17992)
QUINCY T. CROCHET (Bar No. 30457)
MARY W. DALE (Bar No. 35735)
**McCRANIE, SISTRUNK, ANZELMO,
  HARDY, McDANIEL & WELCH, LLC**
195 Greenbriar Boulevard, Suite 200
Covington, LA 70433
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
Email: kmcdaniel@mcsalaw.com
Email: qcrochet@mcsalaw.com
Email: mdale@mcsalaw.com
***Attorneys for Nissan North America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 16th day of November, 2020.

/s/ *Keith W. McDaniel*